AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT

\ ## DISTRICT OF SOUTH CAROLINA

### FLORENCE DIVISION

BROADCAST MUSIC, INC., as agent for
Broadcast Music, LLC;  HOWE SOUND
MUSIC PUBLISHING LLC d/b/a CYPRESS
PARK MUSIC; SHOWBILLY MUSIC;
TREMONTI STAPP MUSIC; RESERVOIR
MEDIA MANAGEMENT, INC. d/b/a
RESERVOIR 416 a/k/a RESERVOIR ONE
AMERICA; EMI BLACKWOOD MUSIC,
INC.; MONTAUK MANTIS
PRODUCTIONS; FAME PUBLISHING
COMPANY LLC; SOUTHEASTERN
PUBLISHING, LLC,

                          Plaintiffs,

    v.

THE IRISH EXIT, INC D/B/A THE OLE
IRISH PUB, JAMES BYRNE, and THERESA
BYRNE,

                          Defendants.

### SUMMONS IN A CIVIL ACTION

**TO:**     The Irish Exit, Inc. d/b/a The Ole Irish Pub
c/o James G. Byrne, Registered Agent
1005 Withers Drive
Myrtle Beach, SC  29577

James Byrne
1005 Withers Drive
Myrtle Beach, SC  29577

Theresa Byrne
1005 Withers Drive
Myrtle Beach, SC  29577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

> Bernie W. Ellis
> Burr & Forman LLP
> Post Office Box 447
> Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You must file your answer or motion with the court.

ROBIN L. BLUME

*Clerk of Court*



Date:  April 7, 2025

s/ Sharon Welch-Meyer, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] |  |

|  | TITLE |
|---|---|
| NAME OF SERVER (PRINT) |  |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          *Date*                                    *Signature of Server*


                                        _____
                                                      *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.